UST-32, 3-99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| MOATS, RICHARD L. | ) | Case No. 09-04210 CGC |
| MOATS, ROSANNA L. | ) | |
| Debtor(s) | ) | APPLICATION AND ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| | ) | |

ROBERT A. MACKENZIE, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10106 | 10/05/2010 | INDUSTRIAL LIASONS<br>2211 NORTH HOLMES<br>IDAHO FALLS, ID 83401 | $5.93 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 5.93 to the Clerk of the Court to be deposited in the Registry thereof.

March 10, 2011                     /s/ Robert A. MacKenzie
Date                                       ROBERT A. MACKENZIE, Trustee